UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMIE ROSASCHI,<br><br>                  Petitioner,<br>    v.<br><br>HAROLD WICKHAM, *et al.*,<br><br>                  Respondents. | Case No. 3:16-cv-00442-MMD-VPC<br><br>ORDER |

On April 12, 2018, this Court granted Petitioner Jamie Rosaschi's motion to stay and abey his 28 U.S.C. § 2254 habeas petition. (ECF No. 16.) Now before the Court is Petitioner's unopposed motion for extension of time to file a motion to reopen this case. (ECF No. 18.) The Court finds good cause exists to grant the motion.

It is therefore ordered that Petitioner's motion for extension of time to file a motion to reopen this case (ECF No. 18) is granted. Petitioner must file the motion to reopen within 30 days of the date of entry of this order.

DATED THIS 30th day of April 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE