UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| JAMIE ROSASCHI, | Case No. 3:16-cv-00442-MMD-VPC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| HAROLD WICKHAM, *et al.*, | |
| Respondents. | |

On April 12, 2018, this Court granted Petitioner Jamie Rosaschi's motion to stay and abey his § 2254 federal habeas action. (ECF No. 16.) Now before the Court is Petitioner's counseled motion to voluntarily dismiss his petition. (ECF No. 20.) In the motion and the attached declaration, Petitioner explains that he discussed with appointed counsel the circumstances of his case and his guilty plea, the factual and procedural position of this federal petition, and the possible consequences of proceeding with this case. *See id.* Petitioner states that he voluntarily, knowingly and intelligently chooses to voluntarily dismiss his petition with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. *See id.* The Court finds good cause exists to grant the motion.

It is therefore ordered that Petitioner's motion to voluntarily dismiss his petition (ECF No. 20) is granted. This case is dismissed in its entirety, with prejudice.

It is further ordered that a certificate of appealability is denied.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 2nd day of May 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE